# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GWIN, INC., a Delaware Corporation and<br>RENHCOL, INC., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>DON BEST SPORTS, a Nevada corporation,<br>VEGAS INSIDER.COM, a United Kingdom<br>    company,<br>VEGAS EXPERTS.COM, a Delaware corporation,<br>PREFERRED PICKS PUBLICATIONS, INC.,<br>    an Ohio corporation<br>SPORTS DIRECT, INC., a Canadian<br>    corporation, and<br>COVERS MEDIA GROUP LTD., an Irish<br>    company,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§ | Civil Action No. 2:06-CV-318(LED)<br><br>Jury Trial Demanded |

## ORDER

Came on for consideration the Agreed Motion to Dismiss and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that all claims between GWIN, INC., RENHCOL, INC., and VEGAS EXPERTS.COM, in the above-captioned action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, attorneys' fees, and other expenses.

**So ORDERED and SIGNED this 5th day of June, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**